**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   19-10124 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-01156-SPL-1 |
| v. | |
| LEON ARTHUR DOSELA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted May 6, 2020[**]

Before:    BERZON, N.R. SMITH, and MILLER, Circuit Judges.

Leon Arthur Dosela appeals from the district court's judgment and

challenges his guilty-plea conviction and 241-month sentence for second-degree

murder, in violation of 18 U.S.C. §§ 1111, 1153.  Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Dosela's counsel has filed a brief stating that there are no

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. Dosela has filed a pro se supplemental brief. No answering brief has been filed.

Dosela waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.** Dosela's request for appointment of new counsel is **DENIED.**

**DISMISSED.**